JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MELLO,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 19-1909-JLS (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: 11/19/2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　United States District Judge